PETER SZANTO 949-887-2369
11 Shore Pine
Newport Beach CA 92657



CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

MAY 30 2018

LODGED___ REC'D___
PAID___ ____

# United States Bankruptcy Court

### in and for the District of OREGON

1001 SW 5th Av., Portland OR 97204

| In Re Peter Szanto, Debtor | **Adversarial # 16-ap-3114** |
|---|---|
| ========================= | core case:16–bk-33185-pcm7 |
| Peter Szanto, Plaintiff | |
| **vs.** | **Notice of Appeal** |
| Bank of America, NA, and JPMorganChase Bank, | |
| Defendants | |

Plaintiff herewith and hereby perfects appeal from the final judgments (and their interlocutory components and foundations) of the entire matter herein to the United States District Court in and for the District of Oregon. Docket Entries 369 and 370 are attached.

Respectfully,

DATED 30 May 2018         /s/  [signature]      Peter Szanto

16-ap-3118                Notice – pg. 1

## Proof of Service

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623. On the date indicated below, I personally served the within: **Notice**  by e-mail to Mr. Olsen and Mr. Henderson at:

nhenderson@portlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at ~~Portland OR~~. IRVINE, CA

Dated 5-30-2018  /s/ *Maquisha Reynolds*

16-ap-3118                                        Notice  – pg. 2

DISTRICT OF OREGON
**F I L E D**
May 17, 2018
Clerk, U.S. Bankruptcy Court

Below is a Judgment of the Court.  If the judgment is for money, the applicable judgment interest rate is: Not Applicable

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: <br> PETER SZANTO, <br>          Debtor. | Bankruptcy Case No. 16-33185-pcm7 |
| PETER SZANTO, <br>          Plaintiff, <br>     v. <br> EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER, <br>          Defendants. | Adv. Proc. No. 16-3114-pcm <br><br> JUDGMENT |

The court having granted defendants' Motion for Summary Judgment as to all of plaintiff's claims, and having determined pursuant to Fed. R. Civ. P. 54(b) that there is no just reason for delay of entry of final judgment on those claims,

////

////

Page 1 - JUDGMENT

1    IT IS HEREBY ADJUDGED that plaintiff's claims set out in his First
2 Amended Complaint are DISMISSED with prejudice.
3                                    ###
Cc:  Mr. Henderson
4    Mr. Szanto

Page 2 - JUDGMENT